### Depositions

| | | |
|---|---|---|
| ▓▓▓▓▓ and ▓▓▓▓▓ | 1/6/10 | $1,445.60 |
| Peter Graven, Brianna Stathas, Michelle DeWane | 2/15/10 | $555.50 |
| Kelly Sweet | 3/2/10 | $317.25 |
| Carol R. Topinka, Ashley O'Brien, ▓▓▓▓▓ | 3/5/10 | $618.10 |
| Dr. Marc Ackerman | 3/12/10 | $224.65 |
| Terrill H. Balster | 3/12/10 | $283.50 |
| Jane Foley and Victor Wong | 3/17/10 | $265.45 |
| Elizabeth Gridley | 4/14/10 | $785.45 |
| Dr. Marc Ackerman (cont'd) | 5/7/10 | $532.15 |
| TOTAL | | $5,027.65 |

### Service

| | | |
|---|---|---|
| Served Elizabeth Gridley | 3/29/10 | $65.00 |
| TOTAL | | $65.00 |

### Photocopying Services

| | |
|---|---|
| Photocopying (.15 cents per page - internal) | $234.60 |
| Insty Invoices (dated 10/28/09, 4/26/10 and 8/4/10) | $59.99 |
| TOTAL | $294.59 |

P.O. Box 5254, Madison, WI 53705-0254
TEL 608.833.0392  FAX 608.833.0682
E-MAIL office@fortherecordmadison.com
WEB www.fortherecordmadison.com



FOR THE Record INC.

Excellence in Court Reporting

Axley Brynelson, LLP
Attorney Lori M. Lubinsky
Two East Mifflin Street, Suite 200
Madison, WI 53703

Invoice No. 10897

Date: 1/12/2010

Reporter: Peggy Christensen, RPR, CRR

NR Doe, MR Doe, and AR Doe v.
St. Francis School District, Kelly Sweet,
Community Insurance Corporation
Eastern District Case No. 09-CV-545

Federal ID No. 20-0145264

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/6/2010 | DEPOSITION ▮▮▮▮▮▮▮▮▮▮ Original and One Condensed Copy | 749.00 |
| | DEPOSITION ▮▮▮▮▮▮▮ Original and One Condensed Copy | 493.50 |
| | Attendance of Court Reporter in Brookfield, WI | 180.00 |
| | Photocopies of Exhibits | 23.10 |
| | Complimentary CD w/Exhibits in Searchable PDFs - N/C | |
| | E-Transcripts - N/C | |
| | Word Index - N/C | |

Thank you!

TOTAL  $1,445.60

Make Check Payable To:
For The Record, Inc.

Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179223 | 2/15/2010 | 92456 |
| Job Date | Case No. | |
| 2/3/2010 | 09CV545-CNC | |
| Case Name | | |
| NR Doe et al v. St. Francis School District et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Peter Graven | 95.00 | Pages | 190.00 |
| Exhibit Copies | 2.00 | Pages | 0.50 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Brianna Stathas | 63.00 | Pages | 126.00 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Michelle DeWane | 90.00 | Pages | 180.00 |
| Etranscript File | | | 45.00 |
| Priority Mail & Handling | | | 14.00 |
| | | **TOTAL DUE >>>** | **$555.50** |

Complimentary WORD PERFECT, TEXT, and PDF files e-mailed on 2.15.10.

Check out the NEW look at our NEW website - http://www.gramannreporting.com
Gramann Reporting appreciates your business. Thank you!



Thank You — WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

Invoice No.  : 179223
Invoice Date : 2/15/2010
**Total Due**  : **$ 555.50**

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee WI 53203**

Job No.    : 92456
BU ID      : 1-MAIN
Case No.   : 09CV545-CNC
Case Name  : NR Doe et al v. St. Francis School District et al.



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179755 | 3/11/2010 | 92780 |
| Job Date | Case No. | |
| 3/2/2010 | 09CV545-CNC | |
| | Case Name | |
| NR Doe et al v. St. Francis School District et al. | | |
| | Payment Terms | |
| Due upon receipt | | |

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

---

1 COPY OF THE TRANSCRIPT OF:
    Kelly Sweet                                                              143.00 Pages             286.00
        eTranscript File                                                                     15.00
        Exhibit Copies                                               17.00 Pages               4.25
        Priority Mail & Handling                                                                 12.00

                                                                         **TOTAL DUE >>>**         **$317.25**

Complimentary WORD PERFECT, TEXT, and PDF files e-mailed on 3.10.10.

Check out the NEW look at our NEW website - http://www.gramannreporting.com
Gramann Reporting appreciates your business. Thank you!



Thank You — WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

Invoice No. : 179755
Invoice Date : 3/11/2010
**Total Due** : **$ 317.25**

**Remit To: Gramann Reporting, Ltd.**
         **710 North Plankinton**
         **Suite 710**
         **Milwaukee WI 53203**

Job No.    : 92780
BU ID     : 1-MAIN
Case No.  : 09CV545-CNC
Case Name : NR Doe et al v. St. Francis School District et al.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179809 | 3/15/2010 | 92781 |
| Job Date | Case No. | |
| 3/5/2010 | 09CV545-CNC | |

**Case Name**

NR Doe et al v. St. Francis School District et al.

**Payment Terms**

Due upon receipt

**GRAMANN REPORTING**
710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Carol R. Topinka | 92.00 | Pages | 184.00 |
| Exhibit Copies | 5.00 | Pages | 1.25 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
| Ashley N. O'Brien | 36.00 | Pages | 131.40 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
| ~~[redacted]~~ | 53.00 | Pages | 193.45 |
| Full Day Appearance | | | 50.00 |
| eTranscript File | 3.00 | | 45.00 |
| Priority Mail & Handling | | | 13.00 |
| **TOTAL DUE >>>** | | | **$618.10** |

ETRANSCRIPT, WORDPERFECT, TEXT and PDF files e-mailed on 03/15/10.
Reporter appearance fee split with Mr. Schoenfeld; this invoice reflects your portion.

Check out the NEW look at our NEW website - http://www.gramannreporting.com
Gramann Reporting appreciates your business. Thank you!

*Thank You*

WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

Invoice No.  : 179809
Invoice Date : 3/15/2010
**Total Due** : **$ 618.10**

**Remit To: Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee WI 53203**

Job No.    : 92781
BU ID      : 1-MAIN
Case No.   : 09CV545-CNC
Case Name  : NR Doe et al v. St. Francis School District et

**Ray Reporting**
**A Veritext Company**
316 N. Milwaukee Street - Suite 575
Milwaukee, WI 53202
Tel. 1-800-472-0445  Fax. 414-347-1166

| Bill To: | Lori Lubinsky, Esq.<br>Axley Brynelson, LLP<br>Two East Mifflin Street<br>Suite 200<br>Madison, WI 53703 | Invoice #:<br>Invoice Date:<br>Balance Due: | CHI30850<br>03/22/2010<br>$ 224.65 |
|---|---|---|---|

**Case:** Doe v. St. Francis School District
**Job #:** 22581 | Job Date: 03/12/2010 | Delivery: Normal

**Location:** Dr. Mark Ackerman's Office
1317 W. Town Square Road | Mequon, WI 53092

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Dr. Marc Ackerman | Deposition - Certified Transcript | Page | 97.00 | $2.10 | $203.70 |
| 2 | | Exhibit Scanning and OCR | Per page | 12.00 | $0.50 | $6.00 |
| 3 | | Shipping & Handling | Package | 1.00 | $14.95 | $14.95 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $224.65 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $224.65 |

Fed. Tax ID: 20-3132569 | Term: Net 30

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:
**Veritext Chicago Reporting Company**
One North LaSalle Street, Suite 400
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | CHI30850 |
| Job #: | 22581 |
| Invoice Date: | 03/22/2010 |
| Balance : | $224.65 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179932 | 3/17/2010 | 93120 |
| Job Date | Case No. | |
| 3/12/2010 | 09CV545-CNC | |
| Case Name | | |
| NR Doe et al v. St. Francis School District et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

~~ORIGINAL AND~~ 1 COPY OF THE TRANSCRIPT OF:
  Terrill H. Balster                                        114.00 Pages           256.50
    eTranscript File                                                                15.00
    Priority Mail & Handling                                                        12.00

                                                            TOTAL DUE >>>        $283.50

WORD PERFECT, E-TRANSCRIPT, TEXT and PDF files e-mailed on 3.17.10.

Check out the NEW look at our NEW website - http://www.gramannreporting.com
Gramann Reporting appreciates your business. Thank you!



WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

Invoice No.   : 179932
Invoice Date  : 3/17/2010
**Total Due** : **$ 283.50**

**Remit To: Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee WI 53203**

Job No.    : 93120
BU ID      : 1-MAIN
Case No.   : 09CV545-CNC
Case Name  : NR Doe et al v. St. Francis School District et al.

# Ray Reporting
# A Veritext Company

316 N. Milwaukee Street - Suite 575
Milwaukee, WI 53202
Tel. 1-800-472-0445  Fax. 414-347-1166

**Bill To:** Lori Lubinsky, Esq.
Axley Brynelson, LLP
Two East Mifflin Street
Suite 200
Madison, WI 53703

**Invoice #:** CHI31022
**Invoice Date:** 03/25/2010
**Balance Due:** $ 265.45

**Case:** Doe v. St. Francis School District
**Job #:** 22583 | **Job Date:** 03/17/2010 | **Delivery:** Normal

**Location:** Emile Banks & Associates
1200 North Mayfair Road | Suite 290 | Milwaukee, WI 53226-3287

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jane Foley | Deposition - Certified Transcript | Page | 59.00 | $2.10 | $123.90 |
| 2 | Victor Wong | Deposition - Certified Transcript | Page | 51.00 | $2.10 | $107.10 |
| 3 | | Exhibit Scanning and OCR | Per page | 39.00 | $0.50 | $19.50 |
| 4 | | Shipping & Handling | Package | 1.00 | $14.95 | $14.95 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $265.45 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $265.45 |

Fed. Tax ID: 20-3132569    Term: Net 30

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:

**Veritext Chicago Reporting Company**

One North LaSalle Street, Suite 400
Chicago, IL 60602

**Invoice #:** CHI31022
**Job #:** 22583
**Invoice Date:** 03/25/2010
**Balance :** $265.45

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 180511 | 4/14/2010 | 93645 |
| Job Date | Case No. | |
| 4/6/2010 | 09CV545-CNC | |
| Case Name | | |
| NR Doe et al v. St. Francis School District et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

| | | |
|---|---|---|
| ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF: | | |
| Elizabeth Gridley | 178.00 Pages | 649.70 |
| Full Day Appearance | | 100.00 |
| eTranscript File | | 15.00 |
| Exhibit Copies | 31.00 Pages | 7.75 |
| Priority Mail & Handling | | 13.00 |
| | **TOTAL DUE >>>** | **$785.45** |

Complimentary WORD PERFECT, TEXT and PDF files e-mailed on 4.13.10.
CD provided at no charge!

Check out the NEW look at our NEW website - http://www.gramannreporting.com
Gramann Reporting appreciates your business. Thank you!



WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Lori M. Lubinsky
Axley Brynelson, LLP
Two East Mifflin Street, Suite 200
P.O. Box 1767
Madison WI 53703

Invoice No. : 180511
Invoice Date : 4/14/2010
**Total Due** : **$ 785.45**

**Remit To: Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee WI 53203**

Job No. : 93645
BU ID : 1-MAIN
Case No. : 09CV545-CNC
Case Name : NR Doe et al v. St. Francis School District et al.

**Ray Reporting**
**A Veritext Company**
316 N. Milwaukee Street - Suite 575
Milwaukee, WI 53202
Tel. 1-800-472-0445  Fax. 414-347-1166

| | |
|---|---|
| **Bill To:** Lori Lubinsky, Esq.<br>Axley Brynelson, LLP<br>Two East Mifflin Street<br>Suite 200<br>Madison, WI 53703 | **Invoice #:** CHI32783<br>**Invoice Date:** 05/18/2010<br>**Balance Due:** $ 532.15 |

| | |
|---|---|
| **Case:** | Doe v. St. Francis |
| **Job #:** | 23920 | Job Date: 05/07/2010 | Delivery: Normal |
| **Billing Atty:** | **Lori Lubinsky, Esq.** |
| **Location:** | Dr. Marc Ackerman's Office<br>1317 W. Town Square Road | Mequon, WI 53092 |
| **Sched Atty:** | Lori Lubinsky, Esq. | Axley Brynelson, LLP |
| **Deposing Att** | Lori Lubinsky, Esq. |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Dr. Marc Ackerman | Deposition Attendance - W/T | Per hour | 1.00 | $75.00 | $75.00 |
| 2 | | Telephone Deposition - Original Transcript | Page | 96.00 | $4.45 | $427.20 |
| 3 | | CD Depo Litigation Package | Package | 1.00 | $15.00 | $15.00 |
| 4 | | Shipping & Handling | Package | 1.00 | $14.95 | $14.95 |

Notes:

| | |
|---|---|
| | **Invoice Total:** $532.15 |
| | **Payment:** |
| | **Credit:** |
| | **Interest:** $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** $532.15 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:
**Veritext Chicago Reporting Company**
One North LaSalle Street, Suite 400
Chicago, IL 60602

| | |
|---|---|
| **Invoice #:** | CHI32783 |
| **Job #:** | 23920 |
| **Invoice Date:** | 05/18/2010 |
| **Balance :** | $532.15 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

# C Lowrey Process Service

C Lowrey Process Service
2509 Crest Line Drive
Madison, WI 53704

(608)241-3834
clowreyprocessservice@yahoo.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | 1373 |
| TERMS | DUE DATE |
| Net 30 | 05/01/2010 |

**BILL TO**

Kathy
AXLEY BRYNELSON
2 E MIFFLIN STREET
SUITE 200
MADISON, WI 53703 USA

| AMOUNT DUE | ENCLOSED |
|---|---|
| $65.00 | |

| Date | Activity | Amount |
|---|---|---|
| 03/29/2010 | 09 CV 545 CNC - St Francis School - served Elizabeth Gridley | 65.00 |

| | TOTAL | $65.00 |
|---|---|---|

Please make checks payable to: Chris Lowrey

Serving all of your legal papers for the entire State of Wisconsin.

Thank you for this opportunity! We truly appreciate your business and hope to be of service in the near future.



**INSTY-PRINTS**

BUSINESS PRINTING & DIGITAL SERVICES

2 East Mifflin Street
Madison, Wisconsin 53703
608.255.0046
Fax 608.255.0124
jimw@insty-prints.com

# Invoice

**75318**

Sold To:
Kathy/LML
Axley Brynelson
2 E. Mifflin Street
Madison WI 53703

257-5661
257-5444

DATE 10/28/09

P.O. NUMBER

*Friendly, Knowledgeable & Responsive Staff • Full Color Printing • Color Copying • Multi-Color Printing • High Speed Copying • Graphic Design • Typesetting*

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 87 | 11097.63790 | 9.97 |

Sales Rep: Ulises
Thank You! Jim

Ship Via:

| | |
|---|---|
| SUBTOTAL | 9.97 |
| TAX | 0.55 |
| SHIPPING | |
| TOTAL | 10.52 |

**TERMS AND CONDITIONS**

In the event that the Purchaser of the printing and other services recorded on this invoice shall fail to make payment for the same, Seller may commence action against the Purchaser to recover the amount due and pursue all remedies for the collection of such amount including reasonable costs of collection and attorney's fee incurred in the collection.


X _____
Received by (Signature)     (Date)

**PLEASE PAY FROM THIS INVOICE. TERMS: NET 30 DAYS**

Invoices not paid when due shall be subject to a late charge of 1.5% per month or the highest rate permitted by law.

**• Thank You •**
We Appreciate Your Business

Designed and Printed by:



**INSTY-PRINTS**
BUSINESS PRINTING & DIGITAL SERVICES

**TYPESETTING**
☐ Approved
☐ Proofreading Waiver

RELEASE OF LIABILITY: I hereby acknowledge that I have proofread and approve, or have waived my right to proofread the typesetting, and that all costs for printing are my responsibility, as well as any error after the job has been printed. I understand that Insty-Prints is not responsible for any proofreading.

_____
Customer Signature



# INSTY-PRINTS®
BUSINESS PRINTING & DIGITAL SERVICES

2 East Mifflin Street
Madison, Wisconsin 53703
608.255.0046
Fax 608.255.0124
jimw@insty-prints.com

# Invoice

**76267**

Sold To:
LML / Kathy
Axley Brynelson
2 E. Mifflin Street
Madison WI 53703

257-5661
257-5444

DATE 4/26/10

P.O. NUMBER

Friendly, Knowledgeable & Responsive Staff • Full Color Printing • Color Copying • Multi-Color Printing • High Speed Copying • Graphic Design • Typesetting

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 138 | 11097.63790 | 15.82 |

Sales Rep: Ian
Thank You! Jim

Ship Via:

| | |
|---|---|
| SUBTOTAL | 15.82 |
| TAX | 0.88 |
| SHIPPING | |
| TOTAL | 16.70 |

### TERMS AND CONDITIONS
In the event that the Purchaser of the printing and other services recorded on this invoice shall fail to make payment for the same, Seller may commence action against the Purchaser to recover the amount due and pursue all remedies for the collection of such amount including reasonable costs of collection and attorney's fee incurred in the collection.

X _____
Received by (Signature)        (Date)

**PLEASE PAY FROM THIS INVOICE. TERMS: NET 30 DAYS**
Invoices not paid when due shall be subject to a late charge of 1.5% per month or the highest rate permitted by law.



**-Thank You-**
We Appreciate Your Business

Designed and Printed by:


BUSINESS PRINTING & DIGITAL SERVICES

# TYPESETTING
☐ Approved
☐ Proofreading Waiver

RELEASE OF LIABILITY: I hereby acknowledge that I have proofread and approve, or have waived my right to proofread the typesetting, and that all costs for printing are my responsibility, as well as any error after the job has been printed. I understand that Insty-Prints is not responsible for any proofreading.

_____
Customer Signature





# INSTY-PRINTS®

**BUSINESS PRINTING & DIGITAL SERVICES**

2 East Mifflin Street
Madison, Wisconsin 53703
608.255.0046
Fax 608.255.0124
jimw@insty-prints.com

# Invoice

**76825**

Sold To:
Kathy/LML
Axley Brynelson
2 E. Mifflin Street
Madison WI 53703

257-5661
257-5444

DATE 8/4/10

P.O. NUMBER

*Friendly, Knowledgeable & Responsive Staff • Full Color Printing • Color Copying • Multi-Color Printing • High Speed Copying • Graphic Design • Typesetting*

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 271 | 11097.63790 | 31.06 |

Sales Rep: Ulises
Thank You! Jim

Ship Via:

| | |
|---|---|
| SUBTOTAL | 31.06 |
| TAX | 1.71 |
| SHIPPING | |
| TOTAL | 32.77 |

### TERMS AND CONDITIONS
In the event that the Purchaser of the printing and other services recorded on this invoice shall fail to make payment for the same, Seller may commence action against the Purchaser to recover the amount due and pursue all remedies for the collection of such amount including reasonable costs of collection and attorney's fee incurred in the collection.


X _____
Received by (Signature)        (Date)

**PLEASE PAY FROM THIS INVOICE. TERMS: NET 30 DAYS**

Invoices not paid when due shall be subject to a late charge of 1.5% per month or the highest rate permitted by law.

**-Thank You-**
We Appreciate Your Business

Designed and Printed by:


**INSTY-PRINTS®**
*BUSINESS PRINTING & DIGITAL SERVICES*

**TYPESETTING**
☐ Approved
☐ Proofreading Waiver

RELEASE OF LIABILITY: I hereby acknowledge that I have proofread and approve, or have waived my right to proofread the typesetting, and that all costs for printing are my responsibility, as well as any error after the job has been printed. I understand that Insty-Prints is not responsible for any proofreading.

_____
Customer Signature